## CALEB H. SIPPLE *vs.* JOHN B. SCOTTEN.

The inventory and appraisement of goods is the *levy.*
Notices of sale should specify the most prominent and valuable articles.
An unexpired term ought to be specified in the advertisement.

FI. FA. Sale made, *inter alia,* of the unexpired term of a lease of land from 1st January 1832 for one year. Sale made 1st August 1832.

Rule to show cause why the sale of the term should not be set aside. First, Because it was not entered in the inventory and appraisement until *after* the sale; and, Second, Because it was not advertised in the notices of sale; which being proved—

*The court* said the sale must be set aside. The property was not levied on until the day of sale. The act of assembly *(Dig.* 240.*)* provides that goods shall not be sold until thirty days after *levy* and *notice.* In England *seizure* and *possession* is the only *levy,* but here the practice is not to take the goods into actual possession. Is not therefore an inventory and appraisement the substitute for the *levy?* It would seem reasonable. But the lease was not advertised.

Every article need not be specified in the notice of sale, but the most prominent and valuable should be. An unexpired term in a farm is of this description and ought to have been noticed. It sold in this case for $17, and is proved to have been worth $150.